AO 91 (Rev.11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 11 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:18-mj-00085-JTR |
| WILLIAM MARTIN SHAWL | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1

On or about the 9th day of April 2018, in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 751(a), 4082(a) | Escape |

This complaint is based on these facts:
☑ Continued on the attached sheet.

_____
Complainant's signature
DUSM Christopher M. Fay, United States Marshals Service

Printed name and title

☑ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 4-11-18

_____
Judge's signature
John T. Rodgers, United States Magistrate Judge

City and state: Spokane, Washington

Printed name and title

P40306jm.SLA